Hotel Co. **v.** Same; Yellow Taxicab Co. v. Same; New Taxicab & Auto Co. v. Same; Universal Taximeter Co. v. Same; Mason-Seaman Transportation Co. v. Same. No opinions. Motions to continue injunction and for stay denied, with $10 costs. Orders filed.

In re HOAGLAND. (Supreme Court, Appellate Division, First Department. December 19, 1913.) In the matter of Hudson Hoagland. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 462.

HOFFMAN, Appellant, v. MURRAY, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by George Hoffman against John L. Murray. L. Fassler, of New York City, for appellant. N. Heinsheimer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 140 App. Div. 897, 125 N. Y. Supp. 1124; 144 N. Y. Supp. 1121.

HOFFMAN v. MURRAY. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by George Hoffman against John L. Murray. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1121.

In re HOLLINS et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) In the matter of Harry B. Hollins and others. No opinion. Decree (79 Misc. Rep. 200, 139 N. Y. Supp. 713) affirmed, with costs to the executors, respondents, payable out of the estate. Order filed.

HOLMES v. BELL. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Artemas H. Holmes against Henry V. Bell. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1122.

HOPKINS, Respondent, **v.** LION BREWERY OF NEW YORK CITY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Ellen Hopkins against the Lion Brewery of New York City and another. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the amount of the verdict to the sum of $3,000, in which case the judgment, as modified, and order, are unanimously affirmed, without costs.

HOPKINS, Respondent, v. LION BREWERY OF NEW YORK CITY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Martin Hopkins against the Lion Brewery of New York City and another. No opinion. 144 N.Y.S.—71

Judgment and order unanimously affirmed, with costs.

HOPPER, Appellant, v. BOEHME, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by John J. Hopper against Gustav F. Boehme. P. Carpenter, of New York City, for appellant. H. Swain, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HORENSTEIN, Respondent, v. MARKS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Joseph Horenstein against John Marks and another.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to vacate order for the examination of the defendants before trial granted, with $10 costs, upon the authority of Vogel Co. v. Backer Construction Co., 148 App. Div. 639, 133 N. Y. Supp. 225; Weeks v. Whitney, 146 App. Div. 621, 131 N. Y. Supp. 408; Segschneider v. Waring Hat Manufacturing Co., 134 App. Div. 217, 118 N. Y. Supp. 1000; Schulte v. Petruzzi, 153 App. Div. 889, 137 N. Y. Supp. 1103.

HUGHES, Appellant, v. ARMBRUSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Percy A. Hughes against Charles Armbruster and others. A. H. Goodman, of New York City, for appellant. S. H. Cohen, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

HUGH McLEAN LOMBER CO., Respondent, v. P. MICHEL & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1913.) Action by the Hugh McLean Lomber Company against P. Michel & Co. No opinion. Order affirmed, with $10 costs and disbursements.

HUNT et al., Respondents, v. HEATH, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Action by Wallace Hunt and another against Henry G. K. Heath and others. No opinion. Judgment and order affirmed, with costs.

In re IMPERATORI. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Reginald J. Imperatori. No opinion. Application granted. Settle order on notice. See, also, 152 App. Div. 86, 136 N. Y. Supp. 675.

IRWIN, Respondent, v. ELLIS, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Charles P. Irwin against Charles H. Ellis, Jr.